■ In the Matter of the Claim of PATRICIA L. MURPHY, Appellant. COMMISSIONER OF LABOR, Respondent. [28 NYS3d 351]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 23, 2014, which ruled, among other things, that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., McCarthy, Egan Jr. and Lynch, JJ., concur. Ordered that the decision is affirmed, without costs.